IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GILEAD SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-192 (KAJ) |
| | ) | (CONSOLIDATED) |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GILEAD SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-187 (KAJ) |
| | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the above-captioned cases are dismissed with prejudice pursuant to the orders attached hereto as Exhibits A and B.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP             DEVLIN LAW FIRM LLC

*/s/ Jeremy A. Tigan*                                                       */s/ James M. Lennon*

Jack B. Blumenfeld (#1014)                                  James M. Lennon (#4570)
Jeremy A. Tigan (#5239)                                      1306 N. Broom Street, Suite 1
1201 North Market Street                                     Wilmington, DE 19806
P.O. Box 1347                                                         (302) 449-7676
Wilmington, DE 19899                                          jlennon@devlinlawfirm.com
(302) 658-9200                                                           *Attorneys for Mylan Pharmaceuticals Inc.*
jblumenfeld@mnat.com
jtigan@mnat.com
   *Attorneys for Gilead Sciences, Inc.*

July 20, 2018

- 2 -

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

12065237